**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 24, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20896
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

FRANCISCO SALINAS,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CR-81-3
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Francisco Salinas has

requested leave to withdraw and has filed a brief as required

by Anders v. California, 386 U.S. 738 (1967).  Salinas has not

responded to the motion.  Our independent review of the brief and

the record discloses no nonfrivolous issue for appeal.  Counsel's

motion for leave to withdraw is GRANTED, counsel is excused from

-------------------------

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

further responsibilities, and the appeal is DISMISSED.  See

5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.